IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ERIC LAWSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 107-001 |
| WACHOVIA MORTGAGE CORPORATION, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, this case is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 30th day of April, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE